UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:19-cr-204-ORL-37GJK
18 U.S.C. § 152(1)

STEPHEN DOUGLAS PIZZUTI

# INFORMATION

The United States Attorney charges:

## COUNT ONE

From on about October 23, 2015 through and including April 11, 2016, in the Middle District of Florida, the defendant,

STEPHEN DOUGLAS PIZZUTI

did knowingly and fraudulently conceal property belonging to the estate of the debtor in *In re: Stephen Douglas Pizzuti et al.*, Case No. 6:15-bk-9016-CCJ from the trustee charged with control and custody of the debtor's property and, in connection with a case under title 11, from the creditors and the United States Trustee, such property consisting of a book of business acquired by the defendant during his career as a securities broker.

All in violation of 18 U.S.C. § 152(1) and 18 U.S.C. § 2.

## **FORFEITURE**

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 152, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

3. The property to be forfeited includes, but is not limited to, the following: $28,002.40 forfeiture money judgment, which represents the proceeds of the offense.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

MARIA CHAPA LOPEZ
United States Attorney

By: /s/ Roger B. Handberg
Roger B. Handberg
Assistant United States Attorney
Chief, Orlando Division

By: /s/ Sara C. Sweeney
Sara C. Sweeney
Assistant United States Attorney
Deputy Chief, Orlando Division